UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 14-32449
Barry E. Gaines and )
Luminada Gaines )
) Chapter: 13
)
) Honorable A. Benjamin Goldgar
)
) Lake County
Debtor(s) )

## ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN

THIS MATTER coming to be heard on the MOTION TO MODIFY CONFIRMED PLAN, the court having jurisdiction, with due notice having been given to all parties in interest, IT IS HEREBY ORDERED AS FOLLOWS:

1. The motion is granted.
2. The existing plan default is deferred.

Enter:

Dated: 14 SEP 2018

United States Bankruptcy Judge

**Prepared by:**
Megan D. Hayes
Geraci Law L.L.C
55 East Monroe Street, #3400
Chicago, IL 60603
Ph: 312.332.1800
Fax: 877.247.1960

Rev: 20120209_bko